UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-01503-JLS (SK)                                                          Date: May 28, 2024

Title   Steven Warrack v. Warden

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**       (IN CHAMBERS) **ORDER TO SHOW CAUSE**

　　Petitioner's opposition to respondent's motion to dismiss his petition was due on May 13, 2024. By not timely opposing that motion, petitioner may be deemed to have consented to the granting of the motion to dismiss. *See* L.R. 7-12. Petitioner is thus ordered to show cause in writing by no later than **June 10, 2024** why the petition should not be dismissed for failure to oppose respondent's motion to dismiss. Petitioner may discharge this order by voluntarily dismissing his petition (using the attached form CV-09y) or by filing his opposition to the motion to dismiss by June 10, 2024. Failure to respond to this order may lead to involuntary dismissal of the entire action for lack of prosecution. *See* L.R. 41-1; Fed. R. Civ. P. 41(b).

　　IT IS SO ORDERED.