# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WARRACK,<br><br>    Petitioner,<br><br> v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 2:24-cv-01503-JLS (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT RESPONDENT'S UNOPPOSED MOTION TO DISMISS HABEAS PETITION** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to Grant Respondent's Unopposed Motion to Dismiss Habeas Petition and any relevant records if needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

  THEREFORE, the Court orders that respondent's unopposed motion to dismiss the petition under 28 U.S.C. § 2254 be granted for the reasons stated in the Report and Recommendation. Judgment will accordingly be entered dismissing this action without prejudice.

  IT IS SO ORDERED.

DATED: August 25, 2024

              JOSEPHINE L. STATON
              United States District Judge